**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 20-2157

ANDREW E. ZUPKO,

Plaintiff - Appellant,

v.

UNITED STATES OF AMERICA; K. CROSSLEY, Official Capacities - Family Nurse Practitioner; R. ENGEL, Mr., Individual Capacities/Associate Warden/ Overseer of Medical; M. DICOCCO, Dr., Individual Capacities/Clinical Director; K. LAYBOURN, Medical Administrator; J. POSEY, Individual Capacities/SHU Correctional Officer; A. CHATMAN, Individual Capacities/Health Service Administrator,

Defendants - Appellees,

and

A. ZAYAS, Individual Capacities/Mid Level Practitioner/Now Retired,

Defendant.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. M. Hannah Lauck, District Judge. (3:18-cv-00493-MHL-RCY)

Submitted: February 23, 2021                    Decided: February 25, 2021

Before MOTZ, KEENAN, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Andrew E. Zupko, Appellant Pro Se.  Elizabeth Wu, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Andrew E. Zupko appeals the district court's order denying relief on his complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971), and the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b)(1), 2671-2680. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Zupko v. United States*, No. 3:18-cv-00493-MHL-RCY (E.D. Va. Oct. 14, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*